**People of the State of Illinois, Plaintiff-Appellee, v. Glenn E. Pierceson, Defendant-Appellant.**

**Gen. No. M–10,617.** 

Fourth District.

July 20, 1965.

Horsley, Vespa & Lott, of Springfield, for appellant; Raymond L. Terrell, State's Attorney, of Springfield, for appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.